**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Allstate Vehicle and Property Insurance Company

Appellate case number:    01-18-00702-CV

Trial court case number:  2018-20972

Trial court:              215th District Court of Harris County

Relator, Allstate Vehicle and Property Insurance Company, has filed a petition for writ of mandamus challenging the trial court's order denying its motion to compel appraisal. The Court requests that the real parties in interest respond to the petition for writ of mandamus by September 6, 2018.

It is so ORDERED.

Judge's signature: /s/ Jane Bland
                   Acting individually


Date: August 7, 2018